WITHDRAWN 7-23-15
 REISSUED 7-23-15
 
 COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 June 25, 2015
 No. 10-14-00349-CV
 ROBERT WILLIAMS
 v.
 RUSSELL PARKER, INDIVIDUALLY AND HEIR OF LAWANNA KEETH
 
 
 From the 249[th] District Court
 Johnson County, Texas
 Trial Court No. C201100640
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that it does not have jurisdiction of the appeal, it is the judgment of this Court that the appeal is dismissed. 
It is further ordered that Russell Parker, individually and as heir of Lawanna Keeth, is awarded judgment against Robert Williams for Russell Parker's appellate costs that were paid, if any, by Russell Parker; and all unpaid appellate court cost, if any, is taxed against Robert Williams.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk